**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7562

RICARDO M. SUGGS, JR.,

                Petitioner – Appellant,

     v.

RUSSELL PURDUE, Warden,

                Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:14-cv-00021-IMK-RWT)

Submitted: March 23, 2015          Decided: April 1, 2015

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ricardo M. Suggs, Jr., Appellant Pro Se. Helen Campbell Altmeyer, Alan McGonigal, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricardo M. Suggs, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Suggs v. Purdue, No. 1:14-cv-00021-IMK-RWT (N.D. W. Va. Oct. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED